AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>HULL, FRANK M. | 2. Court or Organization<br><br>U.S.CT OF APPEALS-11TH CIRCUIT | 3. Date of Report<br><br>05/12/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.CT OF APPEALS JUDGE-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Court of Appeals
56 Forsyth Street, NW
Atlanta, GA 30303

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America, NA | Mortgage loan secured by GP real estate (Section VII, line 188) | N |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Undev. Real Estate: Henry Cty, GA | | None | M | W | | | | | |
| 2. Real Estate: Atlanta, GA (Parcel 3: WW) | | None | M | W | | | | | |
| 3. Real Estate: Atlanta, GA (Parcel 2: WW) | | None | M | W | | | | | |
| 4. Real Estate: Atlanta, GA (Parcel 1: WW) | | None | P1 | W | | | | | |
| 5. MERRILL LYNCH ACCT (with following) (H): | | | | | | | | | |
| 6. -CASH EQUIVALENT ACCOUNTS (H): | | | | | | | | | |
| 7. -ML Bank Deposit Program (Cash Acct) | A | Int./Div. | J | T | Redeemed (part) | 09/30/16 | K | | |
| 8. | | | | | Redeemed (part) | 01/11/16 | L | | |
| 9. | | | | | Redeemed (part) | 03/07/16 | M | | |
| 10. | | | | | Redeemed (part) | 04/20/16 | M | | |
| 11. -Preferred Deposit (Cash Acct) | A | Int./Div. | K | T | Redeemed (part) | 04/14/16 | M | | |
| 12. | | | | | Redeemed (part) | 07/18/16 | K | | |
| 13. | | | | | Redeemed (part) | 09/30/16 | K | | |
| 14. -ISA BB&T Co (Cash Acct) | A | Int./Div. | | | Redeemed | 03/23/16 | K | | |
| 15. -ISA Capital One Bank (Cash Acct) | A | Int./Div. | | | Redeemed (part) | 04/21/16 | M | | |
| 16. | | | | | Redeemed | 07/18/16 | J | | |
| 17. -Whitney Bank Gulfport (CD) | A | Int./Div. | M | T | Buy | 04/20/16 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -BMO Harris Bank (CD) | B | Int./Div. | M | T | Buy | 04/20/16 | M | | |
| 19. -Ally Bank (CD) | B | Int./Div. | M | T | Buy | 04/20/16 | M | | |
| 20. MERRILL LYNCH-IRA ACCT (with following) (H): | | | | | | | | | |
| 21. -Bank of America (Cash Acct) | A | Int./Div. | K | T | | | | | |
| 22. -MUTUAL FUNDS (H): | | | | | | | | | |
| 23. -Altegris Managed Futures (MFTIX) | A | Int./Div. | J | T | | | | | |
| 24. -AQR Diversified (ADAIX) | A | Int./Div. | J | T | | | | | |
| 25. -Arbitrage Funds (ARBNX) | | None | J | T | | | | | |
| 26. -Blackrock Global (BGCIX) | A | Int./Div. | J | T | | | | | |
| 27. -Driehaus Emerging Mkts (DRESX) | A | Int./Div. | J | T | | | | | |
| 28. -Driehaus Active Income Fund (LCMAX) | A | Int./Div. | J | T | | | | | |
| 29. -First Eagle Gold Mutual Fund | | None | K | T | | | | | |
| 30. -Gotham Absolute Return (GARIX) | | None | J | T | | | | | |
| 31. -JP Morgan Strategic (JSOSX) | A | Int./Div. | J | T | | | | | |
| 32. -Mainstay Marketfield (MFLDX) | | None | | | Merged (with line 33) | 04/04/16 | J | | Exchanged for Marketfield |
| 33. -Marketfield Fund (MFLDX) | | None | J | T | Open | 04/04/16 | J | | |
| 34. -Neuberger Berman Long (NLSIX) | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Pimco All Asset (PAUPX) | A | Int./Div. | J | T | | | | | |
| 36. -VanGuard Intermediate Term Bond | A | Int./Div. | K | T | | | | | |
| 37. -VanGuard Short Term Bond | A | Int./Div. | K | T | | | | | |
| 38. -Wells Fargo Adv Absolute (WABIX) | A | Int./Div. | J | T | | | | | |
| 39. -STOCKS (H): | | | | | | | | | |
| 40. -Adobe (ADBE) | | None | J | T | | | | | |
| 41. -Affiliated Managers Grp (AMG) | | None | J | T | | | | | |
| 42. -Alphabet (GOOG) | | None | J | T | | | | | |
| 43. -Alphabet (GOOGL) | | None | J | T | | | | | |
| 44. -Amazon.com (AMZN) | | None | J | T | | | | | |
| 45. -Anadarko Pete Corp (APC) | A | Int./Div. | J | T | | | | | |
| 46. -Apple Inc (AAPL) | A | Int./Div. | J | T | | | | | |
| 47. -Avago Technologies Ltd (AVGO) | | None | | | Merged (with line 48) | 02/01/16 | J | | Exchanged for Broadcom |
| 48. -Broadcom Ltd (AVGO) | A | Int./Div. | J | T | Open | 02/01/16 | J | | |
| 49. -Advansix (ASIX) | | None | J | T | Spinoff (from line 63) | 10/11/16 | J | | |
| 50. -Autozone (AZO) | | None | J | T | | | | | |
| 51. -Boeing Co (BA) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Caterpillar Inc (CAT) | A | Int./Div. | J | T | | | | | |
| 53. -Celgene Corp (CELG) | | None | J | T | | | | | |
| 54. -Costco Wholesale (COST) | A | Int./Div. | J | T | | | | | |
| 55. -Danaher Corp (DHR) | A | Int./Div. | J | T | Buy (add'l) | 08/03/16 | J | | |
| 56. -Dicks Sporting Goods (DKS) | A | Int./Div. | J | T | | | | | |
| 57. -Dover (DOV) | A | Int./Div. | J | T | Buy | 08/03/16 | J | | |
| 58. -Express Scripts (ESRX) | | None | J | T | | | | | |
| 59. -Facebook (FB) | | None | J | T | | | | | |
| 60. -FedEx Corp (FDX) | A | Int./Div. | J | T | | | | | |
| 61. -Fortive (FTV) | | | | | Spinoff (from line 55) | 08/03/16 | J | | |
| 62. | | None | | | Sold | 08/03/16 | J | A | |
| 63. -Honeywell Intl Inc (HON) | A | Int./Div. | J | T | | | | | |
| 64. -Montsanto Co (MON) | A | Int./Div. | J | T | | | | | |
| 65. -Mylan (MYL) | | None | J | T | | | | | |
| 66. -Pioneer Natural Res (PXD) | A | Int./Div. | J | T | | | | | |
| 67. -Salesforce.com (CRM) | | None | J | T | | | | | |
| 68. -Stericycle Inc (SRCL) | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Thermo Fisher Scientific (TMO) | A | Int./Div. | J | T | | | | | |
| 70. -Twitter (TWTR) | | None | J | T | | | | | |
| 71. -Zoetis Inc (ZTS) | A | Int./Div. | J | T | | | | | |
| 72. MERRILL LYNCH-ACCT #2 (with following) (H): | | | | | | | | | |
| 73. CDs/CASH EQUIVALENT ACCOUNTS (H): | | | | | | | | | |
| 74. -American Express (CD) | | | | | Redeemed | 07/18/16 | M | | |
| 75. -Discover Bank (CD) | B | Int./Div. | M | T | | | | | |
| 76. -GE Capital Bank (CD) | | | | | Redeemed | 08/31/16 | L | A | |
| 77. -Sallie Mae Bank (CD) | B | Int./Div. | L | T | | | | | |
| 78. -US Trsy Inflation Note | B | Int./Div. | M | T | | | | | |
| 79. -Goldman Sachs Bk (CD) | C | Int./Div. | O | T | Buy (add'l) | 10/07/16 | L | | |
| 80. -Wells Fargo Bk (CD) | C | Int./Div. | M | T | Buy | 08/03/16 | M | | |
| 81. -STOCKS (H): | | | | | | | | | |
| 82. -ABBVIE Inc (ABBV) | A | Int./Div. | K | T | | | | | |
| 83. -Anheuser-Busch (BUD) | A | Int./Div. | J | T | | | | | |
| 84. -Automatic Data Proc (ADP) | A | Int./Div. | K | T | | | | | |
| 85. -AMN Elec Power Co (AEP) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Anadarko Pete Corp (APC) | A | Int./Div. | J | T | | | | | |
| 87. -Astrazeneca Plc (AZN) | A | Int./Div. | J | T | | | | | |
| 88. -AT&T Inc (T) | A | Int./Div. | J | T | | | | | |
| 89. -Biogen (BIIB) | | None | L | T | | | | | |
| 90. -California Resources (CRC) | | None | J | T | Spinoff (from line 108) | 03/24/16 | J | | |
| 91. -CenturyLink Inc (CTL) | A | Int./Div. | J | T | | | | | |
| 92. -Coca-Cola Co (KO) | A | Int./Div. | K | T | | | | | |
| 93. -Digital Realty (DLR) | A | Int./Div. | K | T | | | | | |
| 94. -Dominion Res Inc (D) | A | Int./Div. | J | T | | | | | |
| 95. -Du Pont E I De Nemours (DD) | A | Int./Div. | J | T | | | | | |
| 96. -Eli Lilly & Co (LLY) | A | Int./Div. | J | T | | | | | |
| 97. -General Electric (GE) | A | Int./Div. | K | T | | | | | |
| 98. -Hess Corp (HES) | A | Int./Div. | K | T | | | | | |
| 99. -Intel Corp (INTC) | A | Int./Div. | K | T | | | | | |
| 100. -JP Morgan Chase (JPM) | A | Int./Div. | J | T | | | | | |
| 101. -Kimberly Clark (KMB) | A | Int./Div. | J | T | | | | | |
| 102. -Kraft Heinz Co (KHC) | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Lockheed Martin Corp (LMT) | A | Int./Div. | K | T | | | | | |
| 104. -McDonalds Corp (MCD) | A | Int./Div. | K | T | | | | | |
| 105. -Merck and Co (MRK) | A | Int./Div. | J | T | | | | | |
| 106. -National Oilwell Varco (NOV) | A | Int./Div. | J | T | | | | | |
| 107. -Nextera Energy (NEE) | A | Int./Div. | J | T | | | | | |
| 108. -Occidental Pete Corp (OXY) | A | Int./Div. | J | T | | | | | |
| 109. -Paccar Inc (PCAR) | A | Int./Div. | J | T | | | | | |
| 110. -PPL Corp (PPL) | A | Int./Div. | J | T | | | | | |
| 111. -Procter & Gamble Co (PG) | A | Int./Div. | J | T | | | | | |
| 112. -Schlumberger Ltd (SLB) | A | Int./Div. | K | T | | | | | |
| 113. -Spectra Energy Corp (SE) | A | Int./Div. | J | T | | | | | |
| 114. -Thomson Reuters Corp (TRI) | A | Int./Div. | J | T | | | | | |
| 115. -Toronto Dominion Bank (TD) | A | Int./Div. | J | T | | | | | |
| 116. -Ventas Inc (VTR) | A | Int./Div. | J | T | | | | | |
| 117. -Verizon Communications (VZ) | A | Int./Div. | J | T | | | | | |
| 118. MERRILL LYNCH-IRA ACCT (with following holdings) (H): | | | | | | | | | |
| 119. -CDs/CASH EQUIVALENT ACCTS (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Bank of America (Cash Acct) | A | Interest | M | T | | | | | |
| 121. -CD Discover Bank | A | Interest | K | T | | | | | |
| 122. -CD American Express Centurion | C | Interest | M | T | | | | | |
| 123. -CD Goldman Sachs Bank | B | Interest | M | T | | | | | |
| 124. -CORP BONDS (H): | | | | | | | | | |
| 125. -Amgen | A | Int./Div. | J | T | | | | | |
| 126. -Astrazeneca | B | Int./Div. | K | T | | | | | |
| 127. -Berkshire Hathaway Fin | B | Int./Div. | K | T | | | | | |
| 128. -Gen Elec Cap Crp | B | Int./Div. | K | T | | | | | |
| 129. -General Electric Co | A | Int./Div. | | | Redeemed | 01/08/16 | K | | |
| 130. -Oracle Corp | B | Int./Div. | K | T | | | | | |
| 131. -Pioneer Natural Resource | B | Int./Div. | K | T | | | | | |
| 132. -USD Toronto Dom Bank | A | Int./Div. | | | Redeemed | 10/19/16 | K | | |
| 133. -MUTUAL/INDEX FUNDS (H): | | | | | | | | | |
| 134. -Calamos Market Neutral Fund (CMNIX) | B | Int./Div. | M | T | | | | | |
| 135. -iShares MSCI CDA Index Fund (EWC) | A | Int./Div. | K | T | | | | | |
| 136. -iShares MSCI Germany Index Fund (EWG) | A | Int./Div. | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -iShares Trust S&P Midcap 400 Index Fund (IJH) | B | Int./Div. | M | T | | | | | |
| 138. -iShares S&P SmallCap 600 Index Fund (IJR) | B | Int./Div. | M | T | | | | | |
| 139. -iShares NASDAQ BioTech Index Fund (IBB) | A | Int./Div. | K | T | | | | | |
| 140. -iShares MSCI EAFE Index Fund (EFA) | B | Int./Div. | L | T | | | | | |
| 141. -iShares S&P Global Infrastr (IGF) | B | Int./Div. | K | T | | | | | |
| 142. -SPDR DJ Global Titans (DGT) | A | Int./Div. | K | T | | | | | |
| 143. -VanGuard Information Tech ETF (VGT) | A | Int./Div. | K | T | | | | | |
| 144. -VanGuard MSCI Emerging Mrkts ETF (VWO) | A | Int./Div. | L | T | | | | | |
| 145. -STOCKS (H): | | | | | | | | | |
| 146. -Ace Limited (ACE) | | None | | | Closed | 01/15/16 | J | | exchanged for Chubb (CB) |
| 147. -Advansix Inc (ASIX) | | None | J | T | Spinoff (from line 170) | 10/06/16 | J | | |
| 148. -American Wtr Wks Co (AWK) | C | Int./Div. | M | T | | | | | |
| 149. -Automatic Data Proc (ADP) | C | Int./Div. | M | T | | | | | |
| 150. -Baker Hughes (BHI) | A | Int./Div. | K | T | | | | | |
| 151. -Blackrock (BLK) | A | Int./Div. | K | T | | | | | |
| 152. -Cardinal Health Inc (CAH) | A | Int./Div. | | | Sold | 08/03/16 | K | D | |
| 153. -Caterpillar Inc (CAT) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Chubb Ltd (CB) | B | Int./Div. | L | T | Spinoff (from line 146) | 01/15/16 | J | | exchanged from Ace (ACE) |
| 155.  -CitiGroup Inc (C) | A | Int./Div. | L | T | | | | | |
| 156.  -Comcast Corp (CMCSA) | A | Int./Div. | K | T | | | | | |
| 157.  -Costco Wholesale (COST) | A | Int./Div. | K | T | | | | | |
| 158.  -CVS Caremark Corp (CVS) | B | Int./Div. | L | T | | | | | |
| 159.  -Danaher Corp (DHR) | A | Int./Div. | K | T | Buy (add'l) | 08/03/16 | K | | |
| 160.  -Devon Energy Corp (DVN) | A | Int./Div. | K | T | | | | | |
| 161.  -Diageo Plc Spsd (DEO) | B | Int./Div. | K | T | | | | | |
| 162.  -Dominion Res Inc (D) | B | Int./Div. | L | T | | | | | |
| 163.  -Ecolab Inc (ECL) | A | Int./Div. | K | T | | | | | |
| 164.  -Emerson Elec (EMR) | A | Int./Div. | K | T | | | | | |
| 165.  -Enbridge Inc (ENB) | B | Int./Div. | K | T | | | | | |
| 166.  -FedEx Corp Delaware (FDX) | A | Int./Div. | K | T | | | | | |
| 167.  -Fortive Corp (FTV) | | | | | Spinoff (from line 159) | 07/08/16 | J | | |
| 168. | A | Int./Div. | | | Sold | 08/03/16 | J | A | |
| 169.  -Hess Corp (HES) | A | Int./Div. | K | T | | | | | |
| 170.  -Honeywell Intl (HON) | B | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Johnson and Johnson (JNJ) | B | Int./Div. | L | T | | | | | |
| 172. -Lockheed Martin Corp (LMT) | B | Int./Div. | L | T | | | | | |
| 173. -McDonalds Corp (MCD) | B | Int./Div. | L | T | | | | | |
| 174. -Microsoft Corp (MSFT) | A | Int./Div. | K | T | | | | | |
| 175. -Nike Inc (NKE) | B | Int./Div. | L | T | | | | | |
| 176. -Oracle Corp (ORCL) | B | Int./Div. | L | T | | | | | |
| 177. -Price T Rowe Group (TROW) | A | Int./Div. | K | T | | | | | |
| 178. -Schlumberger Ltd (SLB) | A | Int./Div. | K | T | | | | | |
| 179. -St Jude Medical Inc (STJ) | B | Int./Div. | L | T | | | | | |
| 180. -Thermo Fisher Scientific (TMO) | A | Int./Div. | K | T | | | | | |
| 181. -Tiffany & Co (TIF) | A | Int./Div. | K | T | | | | | |
| 182. -Union Pacific Corp (UNP) | B | Int./Div. | K | T | Buy | 08/03/16 | K | | |
| 183. -Verizon (VZ) | C | Int./Div. | L | T | | | | | |
| 184. -VISA (V) | A | Int./Div. | L | T | | | | | |
| 185. Real Estate: Ltd Partner, Peachtree So Ltd, Atlanta, GA | A | Int./Div. | J | W | | | | | |
| 186. Real Estate: Ltd Partner, ▮ Whitehall, Atlanta, GA | B | Int./Div. | J | W | | | | | |
| 187. Real Estate: Atlanta, GA (KP) | D | Rent | M | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Real Estate: Atlanta, GA (50% GP) ($264,350) | | None | N | R | Buy | 03/08/16 | N | | C. Williams |
| 189. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

FROM PART VII. Investments and Trusts:

Line 165 on my 2015 Report regarding "Undev. Real Estate NC" has been removed for the 2016 Report because of over-reporting in prior years for NC property interests of children who are no longer dependents or minors.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ FRANK M. HULL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544